No. D–890.  IN RE DISBARMENT OF HANCOCK.  Disbarment entered.  [For earlier order herein, see 494 U. S. 1076.]

No. D–893.  IN RE DISBARMENT OF AULVIN.  John Lewis Aulvin, of Mount Carmel, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on April 23, 1990 [495 U. S. 901], is hereby discharged.

No. D–896.  IN RE DISBARMENT OF JOHNSON.  Charles B. Johnson, of Pasadena, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on April 23, 1990 [495 U. S. 902], is hereby discharged.

No. D–912.  IN RE DISBARMENT OF BROCKMEIER.  It is ordered that Frederick Brockmeier IV, of Southgate, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1283.  ARCADIA, OHIO, ET AL. *v.* OHIO POWER CO. ET AL.  C. A. D. C. Cir.  [Certiorari granted, 494 U. S. 1055.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1667.  PALMER ET AL. *v.* BRG OF GEORGIA, INC., ET AL.  C. A. 11th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–5120.  PERRY *v.* LOUISIANA.  19th Jud. Dist. Ct., Crim. Section V, Parish of East Baton Rouge, La.  [Certiorari granted, 494 U. S. 1015.]  Motion of American Psychiatric Association et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 89–7063.  LANDES *v.* JOOST.  C. A. 3d Cir.; and

No. 89–7300.  BRITTON *v.* CENTRAL BANK.  Ct. App. La., 2d Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until July 9, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.